STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**QUIBI, LLC,**<br><br>*Defendant.* | CASE NO.: 2:20-cv-05138<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against Quibi, LLC ("Hallmark") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1.     Plaintiff is a Texas limited liability company with an office at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

2.     On information and belief, Defendant is a Delaware limited liability company, with a place of business at 6555 W. Barton Ave., Los Angeles, CA 90038. On information and belief, Defendant may be served through its agent, National Registered Agents, Inc., 1209 Orange Street, Wilmington, DE 19801.

## JURISDICTION AND VENUE

3.     This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.  Plaintiff is seeking damages, as well as attorney fees and costs.

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.     On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.     Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.     Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.

## BACKGROUND

8.      On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination.   The '221 Patent is attached as Exhibit A.

9.      Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.     Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11.     The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
### (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

16. Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.

17. Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the Quibi streaming platform, and any similar products ("Product"), which infringes at least Claim 7 of the '221 Patent.

18. The Product practices a method of storing (e.g., cloud storage) media content (e.g. and recorded music) and delivering requested media content to a consumer device. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

Source: https://quibi.com/

Enjoy entertainment that fits into any moment of your day. Original shows featuring the world's biggest stars. Episodes in 10 minutes or less. All designed for your phone.

No more streaming movies and tv shows you don't have time to finish. Quibi brings you new content that is quick enough for any in-between moment, like coffee time, your daily skincare routine, even bathroom breaks. So you can watch news, drama, comedy, docs, sports, and more during your downtime.

Check your personalized feed to see what's new, discover trending episodes, or search for shows based on your mood.

You're in full control of what you watch and how you watch it. Vertical, horizontal; no matter how you hold your phone, everything is framed to fit your screen.

Access unlimited original content from the comfort of anywhere. Download episodes to watch when you're offline and on-the-go.

Source: https://apps.apple.com/us/app/quibi-all-new-original-shows/id1449048178



Source: https://help.quibi.com/hc/en-us/articles/360038982252-What-is-Quibi-

Source: https://help.quibi.com/hc/en-us/articles/360039381571-Can-I-watch-without-ads-

19.    The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone;  additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.

Source: https://quibi.com/

Enjoy entertainment that fits into any moment of your day. Original shows featuring the world's biggest stars. Episodes in 10 minutes or less. All designed for your phone.

No more streaming movies and tv shows you don't have time to finish. Quibi brings you new content that is quick enough for any in-between moment, like coffee time, your daily skincare routine, even bathroom breaks. So you can watch news, drama, comedy, docs, sports, and more during your downtime.

Check your personalized feed to see what's new, discover trending episodes, or search for shows based on your mood.

You're in full control of what you watch and how you watch it. Vertical, horizontal; no matter how you hold your phone, everything is framed to fit your screen.

Access unlimited original content from the comfort of anywhere. Download episodes to watch when you're offline and on-the-go.

Source: https://apps.apple.com/us/app/quibi-all-new-original-shows/id1449048178

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.

**Can I share my Quibi account?**

3 months ago · Updated                                    Follow

Quibi is designed for a personalized experience. Our service offers a single user account. However, anyone with your login details (email and password) will be able to access your Quibi account.

Keep in mind, that although you may be able to log into multiple devices at one time, you will only be able to stream from one device at a time.

Source: https://help.quibi.com/hc/en-us/articles/360039416771-Can-I-share-my-Quibi-account-

**What do I do if I think my Quibi account has been compromised?**

3 months ago · Updated                                    Follow

If you suspect your Quibi account has been compromised we recommend the following steps...

- Sign out all devices from your account (settings, my account, sign out other devices)
- Reset your password and re-login with your new credentials
- Review/Update account settings

Source: https://help.quibi.com/hc/en-us/articles/360039019392-What-do-I-do-if-I-think-my-Quibi-account-has-been-compromised-

To sign up online:

- Follow this link, and log in to your My T-Mobile account.
- Click the redemption link that connects to theQuibi webpage where you are able to create your credentials. After you have successfully created your Quibi account, T-Mobile will be notified that you have successfully registered
- Download the Quibi app
- Enjoy!

Source: https://help.quibi.com/hc/en-us/articles/360040456931-How-do-I-sign-up-with-my-mobile-provider-

## Can I be logged in on multiple devices?

3 months ago · Updated                                          Follow

Yes you can log in to as many supported devices as you desire.

*Please note Quibi service allows a single stream viewing option per account. Meaning you can log in to more than one device but are able to enjoy one screen at a time.

Source: https://help.quibi.com/hc/en-us/articles/360039416871-Can-I-be-logged-in-on-multiple-devices-

20.    The at least one server necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

9

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.

21.    The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://quibi.com/

Enjoy entertainment that fits into any moment of your day. Original shows featuring the world's biggest stars. Episodes in 10 minutes or less. All designed for your phone.

No more streaming movies and tv shows you don't have time to finish. Quibi brings you new content that is quick enough for any in-between moment, like coffee time, your daily skincare routine, even bathroom breaks. So you can watch news, drama, comedy, docs, sports, and more during your downtime.

Check your personalized feed to see what's new, discover trending episodes, or search for shows based on your mood.

You're in full control of what you watch and how you watch it. Vertical, horizontal; no matter how you hold your phone, everything is framed to fit your screen.

Access unlimited original content from the comfort of anywhere. Download episodes to watch when you're offline and on-the-go.

Source: https://apps.apple.com/us/app/quibi-all-new-original-shows/id1449048178

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.



Source: https://help.quibi.com/hc/en-us/articles/360038982252-What-is-Quibi-

Source: https://help.quibi.com/hc/en-us/articles/360039381571-Can-I-watch-without-ads-

22.     The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription;

thus media content may not be available for storage if a user is already above their memory limit or if the user has not subscribed to any service). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://apps.apple.com/us/app/quibi-all-new-original-shows/id1449048178

## Can I watch Quibi offline?

3 months ago · Updated

Follow

Yes! Most of our episodes are available to download for offline enjoyment.

For steps on how to download an episode, please see our "How do I download an episode" FAQ?

Source: https://help.quibi.com/hc/en-us/articles/360039093192-Can-I-watch-Quibi-offline-

# How do I download an episode?

22 days ago · Updated

Follow

If you are on our Ad Supported subscription, go to the episode you want to download. Click on "..." and if the episode is available for download, you will be given the option to download it. Once you've completed viewing an ad, your download will begin.

If you are on our Ad Free subscription, go to the episode you want to download. Click on "..." and if the episode is available for download, you will be given the option to download it.

For both plans, once the episode is downloaded, you will be able watch offline.

Please be aware that some our our Daily Essentials content is only viewable for a select amount of time even if you have downloaded it.

Source: https://help.quibi.com/hc/en-us/articles/360038981252-How-do-I-download-an-episode-

23.    If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The server will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet or desktop computer) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

24.     The media data time data that indicates a length of time to store the requested media content (e.g. a user is allowed to store media content for maximum 30 days as based upon their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

If you are on our Ad Supported subscription, go to the episode you want to download. Click on "..." and if the episode is available for download, you will be given the option to download it. Once you've completed viewing an ad, your download will begin.

If you are on our Ad Free subscription, go to the episode you want to download. Click on "..." and if the episode is available for download, you will be given the option to download it.

For both plans, once the episode is downloaded, you will be able watch offline.

Please be aware that some our our Daily Essentials content is only viewable for a select amount of time even if you have downloaded it.

Source: https://help.quibi.com/hc/en-us/articles/360038981252-How-do-I-download-an-episode-

# Can I watch without ads?

3 months ago · Updated                                          Follow

Absolutely! To stream Quibi without ads select or switch to our $7.99 ad-free plan.

- Visit your account "Settings"
- Tap "My Account"
- Select "Change Subscription Plan"
- Choose subscription and confirm

Source: https://help.quibi.com/hc/en-us/articles/360039381571-Can-I-watch-without-ads-

# How much does Quibi cost?

23 days ago · Updated

Follow

Quibi offers two monthly subscription plans for your viewing pleasure.

US

- $4.99 USD per month ad-supported
- $7.99 USD per month ad-free

Source: https://help.quibi.com/hc/en-us/articles/360039015612-How-much-does-Quibi-cost-

25.    The server must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is stored in the cloud). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

26.    After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., subscription level etc.). Certain aspects of these elements are illustrated in the screenshots provided in connection with other allegations herein.

27.    Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.

28.    Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

29.    The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

30.    A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

31.    By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

32.    Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

33.    As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

34.    Plaintiff is in compliance with 35 U.S.C. § 287.

35.    As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)    Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)    Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)    Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

## **<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure and L.R. 38-1, requests a trial by jury of any issues so triable by right.

Dated: June 10, 2020                    Respectfully submitted,


*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Rothschild***
***Broadcast Distribution Systems, LLC***

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT QUIBI, LLC.