STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON
State Bar No. 24067322
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION, LLC,**  *Plaintiff,*  v.  **QUIBI, LLC,**  *Defendant.* | CASE NO.: 8:20-cv-05138-PSG-MAA  **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Rothschild Broadcast Distribution, LLC hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before

service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution, LLC hereby voluntarily dismisses this action against Quibi, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 25, 2020              Respectfully submitted,

                                       */s/Stephen Lobbin*